UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-480

| | |
|---|---|
| UNITED STATES *ex rel.* BRUCE CARROLL, BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA,THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, and WASHINGTON, THE DISTRICT OF COLUMBIA, and THE CITIES OF CHICAGO, NEW YORK, and PHILADELPHIA, and the COUNTY OF ALLEGHENY, PENNSYLVANIA, <br><br> Plaintiffs, <br><br> vs. <br><br> BSN MEDICAL, INC., and JOHN DOES, 1 through 100, <br><br> Defendants. | |

## UNITED STATES' AND RELATOR'S STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

On August 14, 2017, Relator Bruce Carroll filed his original complaint in this action naming BSN Medical, Inc. and John Does 1 through 100 as Defendants. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims

Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the Settlement Agreement (Doc. 46-1) entered into by the United States, Relator, and BSN Medical, Inc., the United States and Relator hereby stipulate, through their respective undersigned counsel, to the entry of an order that:

(a) All claims and causes of action set forth in the *qui tam* Complaint shall be dismissed with prejudice as to Relator;

(b) All claims and causes of action set forth in the *qui tam* Complaint and brought on behalf of the United States against Defendant BSN Medical, Inc. for the Covered Conduct, as that term is specifically defined in Paragraph D of the August 12, 2022 Settlement Agreement between the United States, Relator and BSN Medical, Inc., shall be dismissed with prejudice as to the United States; and

(c) All other claims against BSN Medical, Inc. and all claims against any other Defendants shall be dismissed without prejudice to the United States.

The Court will retain jurisdiction to the extent necessary to enforce the terms of the Settlement Agreement. The United States requests that the Court enter an Order in the attached proposed form.

Respectfully submitted this 25th day of August, 2022.

**DENA J. KING**
UNITED STATES ATTORNEY

**s/Katherine T. Armstrong**
KATHERINE T. ARMSTRONG
ASSISTANT UNITED STATES ATTORNEY
NC Bar No. 36305

2

Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
Tel: (704) 344-6222
Fax: (704) 227-0248
Katherine.Armstrong@usdoj.gov


**s/Charles H. Rabon, Jr.**
CHARLES H. RABON, JR.
Rabon Law Firm, PLLC
Counsel for Relator Bruce Carroll

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2022, the foregoing was served upon the parties below by electronic mail, pursuant to the parties' consent:

Charles H. Rabon, Jr.
Rabon Law Firm, PLLC
413 S. Sharon Amity Rd., Suite C
Charlotte, NC 28211
crabon@usfraudattorneys.com

Joshua L. Seifert
Joshua L. Seifert, PLLC
175 Varick Street
New York, NY 10014
jseifert@seifertpllc.com
*Counsel for Relator*

Lareena J. Phillips
Special Deputy Attorney General
North Carolina Department of Justice
Medicaid Investigations Division
5505 Creedmoor Rd., Suite 300
Raleigh, N.C. 27612
lphillips@ncdoj.gov
*NAMFCU Counsel for the Plaintiff States*

                                       **s/Katherine T. Armstrong**
                                       KATHERINE T. ARMSTRONG
                                       ASSISTANT UNITED STATES ATTORNEY